### UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAHEEM HOWARD** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION** |
| | * | **NO.:  19-079-JWD-EWD** |
| **THE CITY OF BATON ROUGE,** | * | |
| **YUSEFF HAMADEH, CHIEF** | * | |
| **MURPHY PAUL, JOHN DOE,** | * | |
| **XYZ INSURANCE COMPANY** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>ORDER</u>

On consideration of the *Unopposed* Motion to Continue Trial filed by Plaintiff, Raheem Howard,

**IT IS HEREBY ORDERED** that the Plaintiff's *Unopposed* Motion to Continue Trial is GRANTED.

**IT IS FURTHER ORDERED** that the jury trial date currently set to begin on January 23, 2023, is hereby CONTINUED.

**IT IS FURTHER ORDERED** that the related pretrial deadlines, including the proposed pretrial order (currently due by 11/15/2022), motions in limine (currently due by 12/1/2022), affidavit of settlement efforts (currently due by 12/2/2022), and the pretrial conference (currently et for 12/15/2022) are all hereby CONTINUED.

**IT IS FURTHER ORDERED** that the clerk administratively terminate this action in his records, without prejudice, to the right of the parties to reopen the proceedings. This order shall not be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered. The Clerk is directed to terminate all pending motions. Once the parties are ready to proceed, the parties shall file a motion to lift the stay and advise the Court of the pending motions that are to be reinstated to the JURY

Court's docket.

Signed in Baton Rouge, Louisiana, on <u>November 15, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**